**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION**

| United States of America, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **ORDER AMENDING** |
| | ) | **CONDITIONS OF RELEASE** |
| vs. | ) | |
| | ) | |
| Robert Olie, | ) | Case No.: 3:12-cr-067 |
| | ) | |
| Defendant. | ) | |
| | ) | |

On June 13, 2013, the court conducted an arraignment on the superseding indictment in the above-captioned case. SAUSA Matthew Greenley appeared on the Government's behalf. Attorneys Juan D. Garcia and Robert N. Phan appeared on Defendant's behalf.

During the proceeding, the Government requested that the court impose a release condition prohibiting Defendant from having contact with Chinyere "Nina" Nibo, a potential witness in the case. Defendant stated he did not object to the imposition of the condition.

Accordingly, the court **ORDERS** Defendant's existing conditions of release amended to include the following condition:

> Defendant shall not knowingly or intentionally have any direct or indirect contact with Chinyere "Nina" Nibo, except that counsel for the defendant, or counsel's agent or authorized representative, may have such contact with such person as is necessary in the furtherance of the defendant's legal defense.

Defendant's additional release conditions remain in effect.

Dated this 13th day of June, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court